IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HARDING,  :  |  |
|     Petitioner,  :  |  |
| :  |  |
|     v.  :  | Case No. 5:21-cv-02393-JDW |
| :  |  |
| WARDEN MASON OF SCI  :  |  |
| MAHANOY, et al.  :  |  |
|     Respondents.  :  |  |

## ORDER

**AND NOW**, this 8th day of November, 2021, upon careful and independent consideration of the pleadings and available state court records, and upon review of the Report and Recommendation of United States Magistrate Judge Scott Reid (ECF No. 19), Petitioner James Harding's Timely Objections To Magistrates [sic] Frivolous/Baseless Recommendation (ECF No. 20), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Petitioner's Timely Objections To Magistrates [sic] Frivolous/Baseless Recommendation (ECF No. 20) are **OVERRULED**;

2. The Report and Recommendation (ECF No. 19) is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**